# UNITED STATES DISTRICT COURT
## District of Minnesota

Cy Thomas Kasten,

                Petitioner,

v.

United Fire & Casualty Company

                Respondent.

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-cv-03376-RHK-JJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: this action is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction for 60 days to permit any party to move to reopen for good cause shown or to seek enforcement of the settlement terms.

It is **FURTHER ORDERED** that all motions currently pending are **DENIED** as moot.

Date: 02/16/2016

RICHARD D. SLETTEN, CLERK

s/L. Sampson

(By)                L. Sampson, Deputy Clerk