UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Cy Thomas Kasten, | Court File No.:  0:15-CV-03376-RHK-JJK |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| United Fire & Casualty Company, | |
| Defendant. | |

The above-entitled action having been fully, finally and completely compromised and settled between the parties,

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the same may be and hereby is dismissed with prejudice on the merits and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: Feb. 26, 2016

PROVO-PETERSEN & ASSOCIATES, P.A.

_____
Jeannie Provo-Petersen, #282662
John E. Hennen, #155226
**Attorneys for Defendant**
8649 Eagle Point Boulevard
Lake Elmo, MN 55042
(651) 227-2534
Petersen.jeannie@ppalawfirm.com
Hennen.jack@ppalawfirm.com

Dated: 2-26-16

JOHNS, FLAHERTY & COLLINS, S.C.

*[signature]*

Terence R. Collins, WI SBN #1015064
Cheryl M. Gill, WI SBN #1029503
**Attorneys for Plaintiff**
205 5th Avenue South, Suite 600
P.O. Box 1626
La Crosse, WI 54601-1626
(608) 784-5678
Terence@johnsflaherty.com
Cheryl@johnsflaherty.com

Dated: 2-26-16

UNGER LAW OFFICE

*[signature]*

Michael W. Unger, #131416
**Attorney for Plaintiff**
IDS Center, Suite 4900
80 South Eighth Street
Minneapolis, MN 55402
(612) 339-3600
mwunger@ungerlegal.com