UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cy Thomas Kasten,   Civil No. 15-3376 RHK/JJK

      Plaintiff,

**ORDER**

v.

United Fire & Casualty Company,

      Defendant.

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. No. 52), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** without costs or disbursements to any of the parties.

Dated: March 7, 2016

                s/ Richard H. Kyle
                RICHARD H. KYLE
                United States District Court